```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>                    Plaintiffs, <br><br>      vs. <br><br> US SHEETMETAL & HOOD, a California corporation <br>                    Defendant. | NO.  C 05 5270 VRW <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for July 18, 2006 be continued to October 17, 2006 at 9:00 a.m. in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 12, 2006

_____
Honorable Vaughn R. Walker

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE