```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> US SHEETMETAL & HOOD, a California corporation <br> Defendant. | NO.  C 05 5270 VRW <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for September 4, 2007 be continued to October 11, 2007 at 3:30 p.m. in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 9/4/2007                              _____
                                              Honorable Vaughn R. Walker

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE